IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PROGRESSIVE NORTHERN INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-1611 |
| JEFF RECK, ALFRED POPE, LAWRENCE FURLONG, | ) ) ) | Judge Cercone Magistrate Judge Hay |
| Defendants. | ) ) | |

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE**

The above-captioned case has been assigned to this Court for pretrial proceedings. Pursuant to Local Rule 16.1 and Rules 16 and 26 of the Federal Rules of Civil Procedure, an initial case management conference will be conducted in this case to discuss narrowing of the issues, the extent of pretrial preparation, discovery procedures, the early disposition of controlling questions of law, the probable extent of provable damages, the possibility of settlement, and any other matter that will contribute to the prompt disposition of the case. The initial case management conference will be held on **June 18, 2007, at 10:30 a.m.**, in the Chambers of U.S. Magistrate Judge Amy Reynolds Hay, Ninth Floor, Room 9280, U.S. Post Office and Courthouse, 700 Grant Street, Pittsburgh, Pennsylvania. Trial counsel shall attend.

As required by Rule 26(f) of the Federal Rules of Civil Procedure, the parties must, as soon as practicable and in any event at least twenty-one (21) days before the date set for the initial case management conference, "confer to consider the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case, to make or arrange for the disclosures required by Rule 26(a)(1), and to develop a proposed discovery

plan[.]" Fed.R.Civ.P. 26(f). Further, as also required by Rule 26(f), the attorneys of record and all unrepresented parties that have appeared in the case are jointly responsible for submitting to the Court on or before **June 11, 2007**, that is, one week prior to the scheduled conference date, a written report outlining their proposed discovery plan.

    SO ORDERED this 15th day of May, 2007.

By the Court:

/s/ *Amy Reynolds Hay*
United States Magistrate Judge

cc:    All counsel of record by Notice of Electronic Filing