IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PROGRESSIVE NORTHERN INSURANCE COMPANY, | ) ) ) | 2:06cv1611 |
| Plaintiff, | ) ) ) | Electronic Filing |
| v. | ) ) | |
| JEFF RECK, ALFRED POPE, LAWRENCE FURLONG, | ) ) ) | Judge Cercone Magistrate Judge Hay |
| Defendants. | ) ) | |

## **MEMORANDUM ORDER**

AND NOW, this 25th day of March, 2008, after the plaintiff, Progressive Northern Insurance Company, filed a declaratory action in the above-captioned case, and after a motion for summary judgment was filed by plaintiff, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until March 20, 2008, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the motion for summary judgment submitted on behalf of plaintiff [Dkt. 23] is granted.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the defendants desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

*/s/ DS Cercone*
_____
DAVID STEWART CERCONE
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

All Counsel of Record by Notice of Electronic Filing

Jeff Reck
1510 Shady Avenue
Pittsburgh, PA 15217